PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRANCISCO RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:22-cv-00293-EPG <br><br> STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE <br><br> (ECF No. 13) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 14 days to respond to Plaintiff's Motion for Summary Judgment in this case.  In support of this request, the Commissioner respectfully states as follows:

1.     The Commissioner's response to Plaintiff's Motion for Summary Judgment is due September 12, 2022.  This is Defendant's first request for an extension of this deadline.

2.     Counsel for the Commissioner is consulting with his client about the defensibility of this case.  Counsel for the Commissioner believes that this short extension may resolve this matter without

necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

       3.      Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

       4.      This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 26, 2022, respond to Plaintiff's Motion for Summary Judgment.

Date: *September 12, 2022*                  LAW OFFICES OF FRANCISCO BENAVIDES

                                           By:   */s/ Caspar Chan for Francisco Benavides\**
                                               FRANCISCO BENAVIDES
                                               *\*Authorized by email on September 12, 2022*
                                               Attorneys for Plaintiff

Date: *September 12, 2022*                            PHILIP A. TALBERT
                                               United States Attorney
                                               Eastern District of California

                                           By:   */s/ Caspar Chan*
                                               CASPAR CHAN
                                               Special Assistant United States Attorney
                                               Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's motion for summary judgment by no later than September 26, 2022. All other dates in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **September 12, 2022**                  /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE